# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CAROLE KEYS,

    Plaintiff,

v.                                                   Case No: 8:16-cv-1540-T-30JSS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua* sponte.  A review of the file indicates that Plaintiff has failed to pay the required filing fee within thirty days as directed in the Magistrate's Order issued on June 23, 2016 (Dkt. #5).  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of July, 2016.

*[Signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record